IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KELVIN D. PRICE** | ) | |
| | ) | |
| **v.** | ) | 3-05-CV-1115-K |
| | ) | |
| **THE STATE OF MICHIGAN, ET AL** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this ___1st_____ day of _August_____, 2005.


s/Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE